UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:11-cv-61740-JIC

ESTETIQUE. USA, a Florida
corporation,

    Plaintiff,

v.

XPAMED LLC, a Florida corporation,
MARIO GUASTELLA, an individual,
And JOSE MONTILLA, an individual,

    Defendants.
_____/

## ORDER ON DEFENDANTS' MOTION TO ALLOW ELECTRONIC DEVICES TO BE BROUGHT INTO THE COURTHOUSE FACILITIES TO ACCESS THE INTERNET AT THE SEPTEMBER 9, 2011 EVIDENTIARY HEARING

THIS CAUSE having come on to be heard on the Defendants, MARIO GUASTELLA, an individual, JOSE MONTILLA, an individual and XPAMED, LLC, Motion to Allow Electronic Devices to be Brought into the Courthouse Facilities to Access the Internet at the September 2, 2011 Evidentiary Hearing, and the Court having reviewed the Motion and the court file, and being otherwise fully advised in the premises, it is hereby:

**ORDERED and ADJUDGED** as follows:

1. Defendants' Motion to Allow Electronic Devices to be Brought into the Courthouse Facilities to Access the Internet at the September 9, 2011 Evidentiary Hearing is **GRANTED**.

2. Counsel for Defendants shall be allowed to bring electronic devices into the Courthouse, in order to access the internet at the September 9, 2011 evidentiary hearing.

3. Defendant, MARIO GUASTELLA, shall be allowed to bring a laptop computer

CASE NO.: 0:11-cv-61740-JIC

into the Courthouse facility, in order to access the internet at the September 9, 2011 evidentiary hearing.

4. Defendant, JOSE MONTILLA, shall be allowed to bring a laptop computer into the Courthouse facility, in order to access the internet at the September 9, 2011 evidentiary hearing.

5. Defendants shall be allowed to access the internet for any and all matters pertinent to the September 9, 2011 evidentiary hearing.

**DONE and ORDERED** in Chambers in Broward County, Florida this 8th day of September, 2011.

THE HONORABLE JAMES I. COHN
UNITED STATES DISTRICT COURT JUDGE

cc: Copies Furnished to all Parties on CM/ECF
U.S. Marshal's Service